**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

RODOLFO CAPOTE,

        Plaintiff,

                              Case No. 09-cv-61803-WJZ

v.

COLLECTCORP CORPORATION,

        Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Collectcorp Corporation, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted,

/s/ Kenneth C. Grace
Kenneth C. Grace, Esq.
Florida Bar No.: 0658464
kgrace@sessions-law.biz
Dayle M. Van Hoose, Esq.
Florida Bar No.: 0016277
dvanhoose@sessions-law.biz
SESSIONS, FISHMAN, NATHAN, & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 890-2465
Facsimile: (866) 466-3140

              Attorneys for Defendant,
              Collectcorp Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of April 2010 a copy of the foregoing was served electronically via CM/ECF on the following:

          Donald A. Yarbrough, Esq.
     2000 East Oakland Park Boulevard, Suite 105
          Fort Lauderdale, FL 33306

              /s/ Kenneth C. Grace
              Attorney

\\sfnfs02\prolawdocs\9241\9241-25338\Capote, Rodolfo\103496.doc